UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHY NARVAEZ, an individual,

     Plaintiff,

v.                           Case No:   2:19-cv-321-FtM-32NPM

PONDELLA AUTO MALL, INC., a
Florida corporation and THOMAS J.
FENDICK, an individual,

     Defendants.

---

## ORDER

The Court has been advised that this matter has settled (Doc. 27). Accordingly, it is now

**ORDERED**:

1.    The parties shall have until **March 5, 2020** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **March 5, 2020** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.      All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida, the 5th day of February, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

Copies:
Counsel of Record